1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RANDOLPH M. DIAZ,

11          Plaintiff,                    No. 2:10-cv-1388 MCE KJN P

12      vs.

13   M. MARTEL, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          On April 22, 2012, defendants filed a motion to dismiss pursuant to Federal Rule

17   of Civil Procedure 12.  (Dkt. No. 22.)  Plaintiff has not opposed the motion.

18          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

19   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

20   the granting of the motion . . . ."  On January 27, 2012, plaintiff was advised of the requirements

21   for filing an opposition to a motion and that failure to oppose such a motion may be deemed a

22   waiver of opposition to the motion.  (Dkt. No. 18.)

23          Local Rule 110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed January 27, 2012, plaintiff was also advised that

26   failure to comply with the Local Rules may result in a recommendation that the action be

1  dismissed.

2           Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:
           **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute
3          or to comply with these rules or a court order, a defendant may
           move to dismiss the action or any claim against it.  Unless the
4          dismissal order states otherwise, a dismissal under this subdivision
           (b) and any dismissal not under this rule--except one for lack of
5          jurisdiction, improper venue, or failure to join a party under Rule
           19--operates as an adjudication on the merits.

6

7  Id.

8           Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

9  date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file

10  an opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action

11  dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply

12  with these rules and a court order.  Said failure shall result in a recommendation that this action

13  be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

14  DATED:  June 20, 2012

15

16  _____
    KENDALL J. NEWMAN
17  UNITED STATES MAGISTRATE JUDGE

18  diaz1388.nooppo.kjn

19

20

21

22

23

24

25

26