1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RANDOLPH M. DIAZ,                        No.  2:10-cv-01388-MCE-KJN P

12         Plaintiff,

13     v.

14  M. MARTEL, et al.,                       <u>ORDER</u>

15         Defendants.

16

17     On August 30, 2013, defendants filed a motion for summary judgment pursuant to Federal

18  Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.

19     Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21  the granting of the motion . . . ."  On January 27, 2012, plaintiff was advised of the requirements

22  for filing an opposition to a motion and that failure to oppose such a motion may be deemed a

23  waiver of opposition to the motion.  <u>See</u> <u>Rand v. Rowland</u>, 154 F.3d 952, 957 (9th Cir. 1998) (en

24  banc), and <u>Klingele v. Eikenberry</u>, 849 F.2d 409, 411-12 (9th Cir. 1988).

25     Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

26  imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

27  the Court."  In the order filed  [date para 8 USM svc order issued], plaintiff was also advised that

28  failure to comply with the Local Rules may result in a recommendation that the action be

1

1 dismissed.

2       Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

      Good cause appearing, IT IS HEREBY ORDERED that, within thirty (30) days from the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order. Such failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated: October 16, 2013

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

/diaz1388.nooppo.kjn